```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA,           :   ORDER
                                    :
          - v. -                    :   10 Cr. 389 (GBD)
                                    :
AUGUSTO GUZMAN,                     :
ASMED BARRERA,                      :
ROBERTO AYMAT, and                  :
JORGE RIVERO,                       :
                                    :
               Defendants.          :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 15 SEP 2010

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Kan M. Nawaday, of counsel, it is hereby ORDERED that the time from September 16, 2010 through _____, 2010 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial, because it will permit the defendants sufficient time to review discovery and consider possible motions.

SO ORDERED.

_____
George B. Daniels, U.S.D.J.

Dated: New York, New York
       September __, 2010